UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN FERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 23-57 |
| ENGINEERING & INSPECTION SERVICES, LLC, ET AL. | SECTION: "O" (3) |

### ORDER

Before the Court is a Motion (R. Doc. 72) filed *pro se* by Plaintiff Allen Fernandez seeking a meeting with the undersigned. Plaintiff states that his "attorney is no longer responding to [his] communication efforts" and that he would like to ask questions regarding payment of the settlement[1] in this closed[2] action.[3] The Court previously scheduled a status conference at Plaintiff's request, but Plaintiff did not appear for it.[4] Accordingly,

**IT IS ORDERED** that Plaintiff's counsel contact him to discuss his questions and concerns regarding this case no later than **January 31, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion (R. Doc. 72) is **DENIED**. This denial is without prejudice to Plaintiff's right to re-urge his request should Counsel fail to comply with this Order.

---

[1] R. Doc. 69.
[2] R. Doc. 70.
[3] R. Doc. 72 at 1.
[4] *See* R. Doc. 71.

1

New Orleans, Louisiana, this 24th day of January, 2025.

                                                                                  EVA J. DOSSIER
                                          UNITED STATES MAGISTRATE JUDGE